J-S63026-19

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| KAREEM OLIVER, | : | |
| | : | |
| Appellant | : | No. 3646 EDA 2018 |

Appeal from the PCRA Order Entered November 20, 2018
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-1003111-2004

BEFORE:  GANTMAN, P.J.E., MURRAY, J. and STRASSBURGER, J.*

DISSENTING MEMORANDUM BY STRASSBURGER, J.:**FILED NOVEMBER 30, 2020**

Because I would grant Appellant's motion for an extension of time to respond to counsel's ***Anders*** brief before reaching the merits of Appellant's claims on appeal, I respectfully dissent.

Briefly, after Appellant *pro se* filed the instant notice of appeal, the PCRA court granted counsel's motion to withdraw. On appeal to this Court, Appellant *pro se* filed a brief. Because the PCRA court improperly permitted counsel to withdraw after a notice of appeal had been filed, this Court remanded for the PCRA court to appoint appellate counsel. The PCRA court complied. On September 30, new counsel filed a motion to withdraw with this Court and an ***Anders*** brief. Appellant had until October 30 to respond to the ***Anders*** brief. Although Appellant did not file a brief, on October 29, 2020, he filed a motion for an extension of 60 days to respond because he

---

* Retired Senior Judge assigned to the Superior Court.

had been unable to access the prison law library due to the COVID-19 pandemic.

Appellant was left without counsel when he initially filed this notice of appeal, and Appellant is again left without counsel and unable to respond meaningfully to counsel's **Anders** brief. Appellant is currently serving a sentence of 30 to 60 years of incarceration. Thus, Appellant is not going anywhere and the Commonwealth would not be prejudiced by the granting of Appellant's motion.

Accordingly, I would grant Appellant's motion for an extension of time to respond to counsel's **Anders** brief, and defer addressing the merits of Appellant's claims until after that time.